```
RUSSELL P. BROWN (SBN: 84505)
GORDON & REES LLP
101 West Broadway
Suite 1600
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys For: Defendant
CAPTAIN JOHN HETT
```

**FILED**

FEB 1 2 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILDER and SHERI WILDER,<br><br>Plaintiffs,<br><br>v.<br><br>CAPTAIN JOHN HETT, in personam as an individual; CAPTAIN JOHN HETT as vessel owner of the F/V Temptation; F/V Temptation, her engines, apparel and furniture, in rem; and DOES 1-25<br><br>Defendants. | CASE NO. 05 CV 1050 WQH (WMC)<br>*[Complaint filed: May 16, 2005*<br>*Assigned to: Judge William Q. Hayes*<br>*Referred to: Magistrate Judge William McCurine, Jr.]*<br><br>**STIPULATION FOR DISMISSAL;**<br>**ORDER THEREON**<br><br>**[FRCP RULE 41]** |

The parties to the above entitled matter, by and through their respective counsel of record, as set forth below, hereby stipulate, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) to the dismissal with prejudice of the entire action and claims between the parties in the above-captioned action, all parties to bear their own costs and attorneys fees.

The parties hereby advise the court that Plaintiffs and Defendants have entered into a Settlement Agreement and Full Release of All Claims and Demands, the terms of which are incorporated herein by this reference. This Agreement resolves all claims between the parties.

The parties further stipulate and agree that by incorporating by reference the terms of the settlement agreement, the obligation of the party to comply with the terms of the Agreement are made part of the dismissal order.

The parties further stipulate and agree that by incorporating by reference the terms of the settlement agreement, among the Parties, the obligations of the Parties to comply with the terms of the Agreement are made part of the dismissal order.

IT IS SO STIPULATED.

Dated: January 31, 2007

By: _____
Dwight F. Ritter
Attorneys for Plaintiffs
ROBERT WILDER and SHERI WILDER

Dated: January 31, 2007

GORDON & REES LLP

By: _____
Russell P. Brown
Attorneys for Defendant
JOHN HETT and the F/V TEMPTATION

Dated: January ___, 2007

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
David Molinari
Attorneys for Defendant
JOHN FRANCISCO

Dated: January ___, 2007

ALCANTARA & ASSOCIATES

By: _____
James Alcantara
Attorneys for Defendants
ARTHUR LORTON and PETER R. ASTUY, JR.

///
///
///
///

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

- 2 -
STIPULATION FOR DISMISSAL; ORDER THEREON

1  The parties further stipulate and agree that by incorporating by reference the terms of the
2  settlement agreement, among the Parties, the obligations of the Parties to comply with the terms
3  of the Agreement are made part of the dismissal order.

**IT IS SO STIPULATED.**

Dated: January ____, 2007

By: _____
Dwight F. Ritter
Attorneys for Plaintiffs
ROBERT WILDER and SHERI WILDER

Dated: January ____, 2007

GORDON & REES LLP

By: _____
Russell P. Brown
Attorneys for Defendant
JOHN HETT and the F/V TEMPTATION

Dated: January ____, 2007

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
David Molinari
Attorneys for Defendant
JOHN FRANCISCO

Dated: January 31, 2007

ALCANTARA & ASSOCIATES

By: _____
James Alcantara
Attorneys for Defendants
ARTHUR LORTON and PETER R. ASTUY, JR.

/ / /
/ / /
/ / /
/ / /

-2-
STIPULATION FOR DISMISSAL; ORDER THEREON

## ORDER OF DISMISSAL

The foregoing stipulation of the parties for dismissal with prejudice of all claims between Plaintiffs and Defendants having been received by the Court and duly considered, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** that the entire action including each and every cause of action is hereby dismissed in its entirety with prejudice, and

**IT IS FURTHER ORDERED** that, at the request of the parties, the Court will retain continued jurisdiction for a period of five (5) years from the date of entry of the dismissal for purposes of interpreting and enforcing the settlement agreement.

**IT IS SO ORDERED.**

Dated: 2/2/07

JUDGE OF THE UNITED STATES DISTRICT COURT