# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILDER, SHERI WILDER,<br><br>    Plaintiff,<br>vs.<br>CAPTAIN JOHN HETT, et al.,<br><br>    Defendant. | CASE NO. 05cv1050-WQH (WMc)<br><br>ORDER |

On Februrary 28, 2007, a status conference was held in the above captioned case. All counsel participated . The Court heard from counsel of record and based upon its oral rulings, issues the following Order:

1. Attorney Alcantara shall send without delay the agreed upon settlement funds to Attorney Ritter, along with a corrected copy of the settlement agreement.

2. On or before March 20, 2007, Attorney Ritter shall obtain plaintiff's signature on the corrected settlement agreement and return it to Attorney Alcantara.

IT IS SO ORDERED.

DATED: February 28, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

1  cc: Honorable William Q. Hayes
     U.S. District Judge

2  All Counsel and Parties of Record

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28